UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NICHOLAS CUFAUDE,

        Plaintiff,           2:14-cv-00116-TC

        v.                      ORDER

MARK NOOTH, et al.,

        Defendants.

AIKEN, District Judge.

Plaintiff's Motion to Withdraw (#68) is construed as a motion for voluntary dismissal of this case with prejudice. Defendants do not object. *See*, Response (#70). Plaintiff's Motion (#68) is allowed. The Clerk of the Court is directed to enter a judgment dismissing this action.

IT IS SO ORDERED.

DATED this 21st day of April, 2015.

                                        Ann Aiken
                                        United States District Judge

1 - ORDER